427 A.2d 1200

Commonwealth v. Tatum, Appellant.

Submitted March 23, 1979. Ronald F. O'Driscoll, Assistant Public Defender, for appellant; James A. Cunningham, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Revocation of probation and judgment of sentence affirmed on the opinion of Judge Stanziani.